IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAJUAN JACKSON,

       Plaintiff,                    No. CIV S-10-3378 EFB P

     vs.

DUNHAM, et al.,

       Defendants.              <u>ORDER</u>

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The deadline for filing dispositive motions was February 15, 2012. Dckt No. 20. Defendants filed a motion for summary judgment on February 15, 2012, and on March 12, 2012, the court granted plaintiff a 60-day extension of time to respond to that motion. Dckt. Nos. 21, 26. Defendants now seek leave to file a motion to dismiss for failure to exhaust. Dckt. No. 24. Good cause appearing, defendants' request (Dckt. No. 24) is granted, and the March 9, 2012 motion to dismiss (Dckt. No. 25) is deemed timely filed.

     So ordered.

DATED: March 15, 2012.

*[signature: Edmund F. Brennan]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE