1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAJUAN JACKSON,                         No.  2:10-cv-3378-LKK-EFB P

12              Plaintiff,

13        v.                                 ORDER AND ORDER TO SHOW CAUSE

14   DUNHAM, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  On October 31, 2013, the court ordered defendant to file a pretrial statement "not

19   later than thirty days after the filing of plaintiff's statement."  ECF No. 52 at 4.  Plaintiff filed his

20   pretrial statement on January 10, 2014.  ECF No. 57.  More than 30 days have passed and

21   defendant has not filed his pretrial statement.  Defendant shall show cause why sanctions should

22   not be imposed for his failure to comply with the court's order.  E.D. Cal. L.R. 110 ("Failure of

23   counsel or of a party to comply with these Rules or with any order of the Court may be grounds

24   for imposition by the Court of any and all sanctions authorized by statute or Rule or within the

25   inherent power of the Court.").

26   /////

27   /////

28   /////

                                            1

1    Accordingly, IT IS HEREBY ORDERED that within 30 days of the date of this order,

2  defendant shall file and serve a pretrial statement and show cause why sanctions should not be

3  imposed for his failure to comply with the court's October 31, 2013 order.

4  DATED:  February 20, 2014.

5

6                                   EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2