UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAJUAN JACKSON,

        Plaintiff,

vs.

DUNHAM, et al.,

        Defendants.

No. 2:10-cv-3378-TLN-EFB P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Dajuan Jackson, inmate # P-27305, a necessary and material witness in proceedings in this case on June 17, 2016, is confined in California State Prison, Los Angeles County, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, by video conference from his place of confinement, to the U.S. District Court, 8th Floor, Courtroom No. 25, 501 I Street, Sacramento, California on June 17, 2016, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by video conference, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, California State Prison, Los Angeles County, 44750 60th Street West, Lancaster, California, 93536-7620:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above and from day to day, by video conference, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 5, 2016.

_EDMUND F. BRENNAN_
UNITED STATES MAGISTRATE JUDGE